UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

SHATAVIA BREWINGTON,

  Plaintiff,

                          CASE NO.: 3:17-CV-00150-CDL

-vs-

BLUESTEM BRANDS, INC. d/b/a
FINGERHUT,

  Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Shatavia Brewington, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Court's CM/ECF system which will send electronic notice of such to all parties of record.

Dated this 16th day of February, 2018.

                                          */s/ Octavio Gomez*
                                          Octavio "Tav" Gomez, Esquire
                                          Morgan & Morgan, Tampa, P.A.
                                          One Tampa City Center
                                          201 N. Franklin Street, 7th Floor
                                          Tampa, FL 33602
                                          Tele: (813) 223-5505
                                          Fax: (813) 223-5402
                                          TGomez@ForThePeople.com
                                          Florida Bar #: 0338620
                                          Attorney for Plaintiff