UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

SHATAVIA BREWINGTON,

  Plaintiff,

-vs-

BLUESTEM BRANDS, INC. d/b/a
FINGERHUT,

  Defendant.
_____/

CASE NO.: 3:17-CV-00150-CDL

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Shatavia Brewington, and the Defendant, Bluestem Brands, Inc., d/b/a Fingerhut, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 11th day of April, 2018.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Dustin DeNeal* |
| Octavio "Tav" Gomez, Esquire | Dustin R. DeNeal, Esq. |
| Morgan & Morgan, Tampa, P.A. | (*Admitted Pro Hac Vice*) |
| One Tampa City Center | FAEGRE BAKER DANIELS LLP |
| 201 N. Franklin St., 7th Floor | 600 E. 96th Street, Suite 600 |
| Tampa, FL 33602 | Indianapolis, IN 46240 |
| Tele: (813) 223-5505 | Tele: (317) 569-9600 |
| Fax: (813) 223-5402 | Fax: (303) 569-4800 |
| Georgia Bar#: 617963 | dustin.deneal@FaegreBD.com |
| Attorney for Plaintiff | IN Bar#: 275535-49 |
| | Attorney for Defendant |